No. 00–10582 (00A1095). SCOTT v. OHIO. Sup. Ct. Ohio. Application for stay of execution of sentence of death, presented to

JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied.